United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 16-09512-RLM
Eddie Wayne Hutchison                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1          User: admin          Page 1 of 1          Date Rcvd: Dec 21, 2016
                              Form ID: b309a       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
```
db            +Eddie Wayne Hutchison,    2510 Pleasant Way West,    Indianapolis, IN 46280-1861
14188140       Barclay Card Financing,    PO Box 8801,    Wilmington, DE 19899-8801
14188142      +Carmax Auto Finance,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
14188144      +Courtney Scott,    Office of the Attorney General,    302 West Washington St., 5th Floor,
                Indianapolis, IN 46204-4701
14188147       First National Bank of Omaha,    PO Box 3331,    Omaha, NE 68103-0331
14188150       PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14188152      +U.S. Attorney&#39;s Office,    10 West Market Street, Suite 2100,    Indianapolis, IN 46204-1986
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: bankruptcybrian@gmail.com Dec 21 2016 22:41:17      Brian Daniel Schellenberg,
                Bankruptcy Law Offices of Jon Brown,    23 South 8th Street,    Suite 50,
                Noblesville, IN  46060
tr             EDI: BJJPETR.COM Dec 21 2016 22:04:00      John J. Petr,    Office of John J. Petr,
                111 Monument Cir Ste 900,    Indianapolis, IN  46204-5125
ust           +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Dec 21 2016 22:41:54      U.S. Trustee,
                Office of U.S. Trustee,    101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
14188141       EDI: CAPITALONE.COM Dec 21 2016 22:04:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
14188143       EDI: CHASE.COM Dec 21 2016 22:04:00      Chase,    Attn: Bankruptcy,    PO BOX 15145,
                Wilmington, DE 19850-5145
14188145      +EDI: RCSFNBMARIN.COM Dec 21 2016 22:04:00      Credit One Bank,    P.O. Box 60500,
                City of Industry, CA 91716-0500
14188146       EDI: DISCOVER.COM Dec 21 2016 22:04:00      Discover Card,    PO Box 30421,
                Salt Lake City, UT 84130-0421
14188148      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 21 2016 22:48:22
                Indiana Department of Revenue,    100 N. Senate Avenue,    Room N203-Bankruptcy,
                Indianapolis, IN 46204-2253
14188149       EDI: IRS.COM Dec 21 2016 22:04:00      Internal Revenue Service,    PO BOX 7346,
                Philadelphia, PA 19101-7346
14188151      +EDI: RMSC.COM Dec 21 2016 22:04:00      Synchrony Bank,    PO Box 965036,
                Orlando, FL 32896-5036
                                                                                               TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
```
              Brian Daniel Schellenberg    on behalf of Debtor Eddie Wayne Hutchison bankruptcybrian@gmail.com
              John J. Petr    petrtrustee@kgrlaw.com, IN28@ecfcbis.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Eddie Wayne Hutchison** | Social Security number or ITIN | **xxx–xx–5432** |
| | Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – **Southern District of Indiana** | | Date case case filed for chapter **7**: | **December 19, 2016** |
| Case number: | **16–09512–RLM–7** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              12/2015

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Debtor's full name** | Eddie Wayne Hutchison | |
|---|---|---|---|
| 2. | **Other names**<br>(used in last 8 years) | None | |
| 3. | **Address** | 2510 Pleasant Way West<br>Indianapolis, IN 46280 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian Daniel Schellenberg<br>23 South 8th Street<br>Suite 50<br>Noblesville, IN 46060 | Contact info: 317–773–4300 or<br>bankruptcybrian@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J. Petr<br>Office of John J. Petr<br>111 Monument Cir Ste 900<br>Indianapolis, IN 46204–5125 | Contact info: 317–692–9000 or<br>petrtrustee@kgrlaw.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET<br><br>Contact info: 317–229–3800 |
| **7.** | **Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **January 24, 2017 at 11:30 AM EST**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:<br>**Rm. 416A U.S. Courthouse**<br>**46 E. Ohio St.**<br>**Indianapolis, IN 46204** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or<br>• if you want a debt excepted from the discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **March 27, 2017**<br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | | **Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **10.** | **Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **12.** | **Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **13.** | **Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |